UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AUBRIE F., by and through her Guardian Ad Litem, Shelbe Foate,<br><br>                                          Plaintiff,<br>v.<br>UNITED STATES,<br><br>                                         Defendant. | Case No.: 18cv2850-CAB-MDD<br><br>**ORDER REGARDING PETITION FOR APPOINTMENT OF GUARDIAN AD LITEM [Doc. No. 5.]** |

      This matter is before the Court on Plaintiff Aubrie F's Petition for Appointment of Guardian Ad Litem. [Doc. No. 5.]

      The Petition states that Shelbe Foate is the mother of Minor Plaintiff Aubrie F., and requests the Court appoint Shelbe Foate as guardian ad litem. [Doc. No. 5 at ¶¶ 1-6.] Nothing in the petition indicates that Ms. Foate does not have legal custody of Aubrie F. Therefore, it is unclear why it is necessary to separately appoint Ms. Foate as guardian ad litem in this lawsuit, when it appears that she is a general guardian who can sue on her child's behalf. *See Doe ex rel. Sisco v. Weed Union Elementary Sch. Dist.*, No. 2:13-CV-01145-GEB, 2013 WL 2666024, at *1 (E.D. Cal. June 12, 2013) (holding that parents' application for appointment as guardian ad litem was unnecessary, noting that

"Rule 17(c)(1)(A) permits a 'general guardian' to sue in federal court on behalf of a minor, and '[a] parent is a guardian who may so sue.'"); *see also* Fed. R. Civ. P. 17(c).

Accordingly, the Petition to appoint Shelbe Foate as the guardian ad litem for Aubrie F. is **DENIED WITHOUT PREJUDICE**. Petitioner may re-file the petition with citation to legal authority and explanation as to why the appointment of a guardian ad litem is necessary in this case.

**IT IS SO ORDERED**.

Dated: May 9, 2019

Hon. Cathy Ann Bencivengo
United States District Judge